IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARL D. HICKS, SR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case no.: 10 CV 03874 |
| v. | ) | Judge St. Eve |
| | ) | |
| DR. ARTEE FLEMING HAMMOND, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:  Dr. Mary Jackson-Hammond         Tarana Hammond
     19335 Warrington Dr              19335 Warrington Dr
     Detroit, MI 48221-1882           Detroit, MI 48221-1882

      PLEASE TAKE NOTICE that on the April 3, 2012 at 8:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge St. Eve or any judge sitting in her stead in Courtroom 1241 of the United States District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present Plaintiff's **MOTION FOR SUBSTITUTION,** a copy of which is attached hereto and hereby served upon you**.**

                                                       CARL D. HICKS

                                                       By: _____/s/ Edgar G. Rapoport_____

Edgar G. Rapoport
**EGR LAW GROUP, LTD.**
130 South Canal Street suite 313
Chicago, Illinois 60606
(312) 554-5043

## **CERTIFICATE OF SERVICE**

      Edgar G. Rapoport, an attorney, on oath states that he caused a copy of the foregoing Notice of Motion and Plaintiff's Motion for Substitution to be served upon the above persons at their respective address by First Class Mailing on March 28, 2012.

                                            ___/s/_Edgar G. Rapoport_____


Edgar G. Rapoport
**EGR LAW GROUP, LTD.**
130 South Canal Street suite 313
Chicago, Illinois 60606
(312) 554-5043